UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Mag. Judge No. 05-839-MBB |
| ) | |
| EDSON LNU, ) | |
| Defendant ) | |

**GOVERNMENT'S MOTION TO UNSEAL**

The United States respectfully moves the Court to unseal the complaint, and supporting affidavit in this matter and as grounds states that the defendant was arrested today, May 19, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Sandra S. Bower
SANDRA S. BOWER
Assistant U.S. Attorney

May 19, 2005. allowed.

Marianne B. Bowler, USMJ