UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **05 CR 10151 WGY** |
| ) | CRIMINAL NO.: |
| v. ) | |
| ) | VIOLATIONS: |
| JESSI CLAUDIO DE ANDRADE, ) | 18 U.S.C. §1028(a)(2) - |
| a/k/a Edson Claudio Costa, ) | (Transfer of False |
| Wilmar Candido De Andrade, ) | Identification Documents) |
| Wilmer De Andrade, and ) | 18 U.S.C. §1028(b)(5) - |
| Edson Morais Da Silva, ) | 18 U.S.C. §982(a)(2)(B) |
| Defendant. ) | (Criminal Forfeiture |
| ) | |

## INDICTMENT

### COUNTS ONE THROUGH EIGHT

Title 18, United States Code, Section 1028(a)(2)
(Transfer of False Identification Documents)

The Grand Jury charges:

On or about the dates listed below, at Allston, in the District of Massachusetts,

JESSI CLAUDIO DE ANDRADE
a/k/a Edson Claudio Costa,
Wilmar Candido De Andrade,
Wilmer De Andrade, and
Edson Morais Da Silva,

the defendant herein, did knowingly transfer false identification documents, that is, counterfeit Alien Registration Cards ("Green Cards") and counterfeit Social Security Account Number Cards, knowing that such documents were produced without lawful authority.

| COUNT | DATE | DOCUMENTS |
|---|---|---|
| ONE | October 8, 2004 | Two Alien Registration Cards ("Green Cards") and Two Social Security Account Number Cards |
| TWO | October 20, 2004 | Three Alien Registration Cards ("Green Cards") and Three Social Security Account Number Cards |
| THREE | December 6, 2004 | One Alien Registration Card ("Green Card") and One Social Security Account Number Card |
| FOUR | December 13, 2004 | Three Alien Registration Cards ("Green Cards") and Three Social Security Account Number Cards |
| FIVE | January 5, 2005 | Three Alien Registration Cards ("Green Cards") and Three Social Security Account Number Cards |
| SIX | February 2, 2005 | Three Alien Registration Cards ("Green Cards") and Three Social Security Account Number Cards |
| SEVEN | March 2, 2005 | Two Alien Registration Cards ("Green Cards") and Two Social Security Account Number Cards |

| COUNT | DATE | DOCUMENTS |
|---|---|---|
| EIGHT | March 30, 2005 | Three Alien Registration Cards ("Green Cards") and Three Social Security Account Number Cards |

All in violation of Title 18, United States Code, Section 1028(a)(2).

## FORFEITURE ALLEGATIONS

Title 18, United States Code, Section 1028(b)(5),
Title 18, United States Code, Section 982(a)(2)(B)
(Criminal Forfeiture)

1. As a result of committing one or more of the transfer of false identification documents offenses, in violation of 18 U.S.C. § 1028(a)(2), alleged in Counts One through Eight of this Indictment,

JESSI CLAUDIO DE ANDRADE
a/k/a Edson Claudio Costa,
Wilmar Candido De Andrade,
Wilmer De Andrade, and
Edson Morais Da Silva,

defendant herein, shall forfeit to the United States: (1) any and all personal property used or intended to be used to commit one or more of the offenses, pursuant to Title 18, United States Code, Section 1028(b)(5); and (2) any and all property constituting, or derived from, proceeds obtained directly or indirectly, as the result of one or more of the offenses, including, but not limited to, the sum of $3,600, which represents the payment for the false identification documents, pursuant to Title 18, United States Code, Section 982(a)(2)(B).

2. If, as a result of any act or omission of the defendant, the above-described forfeitable property -

    (1)  cannot be located upon the exercise of due diligence;

    (2)  have been transferred or sold to, or deposited with, a third party;

    (3)  have been placed beyond the jurisdiction of the Court;

    (4)    have been substantially diminished in value; or

    (5)    have been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Sections 1028(g) and/or 982(b)(1), all of which incorporate Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

    All pursuant to Title 18, United States Code, Sections 982, and 1028.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
SANDRA S. BOWER
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS            June 15, 2005

Returned into the District Court by the Grand Jurors and filed.


_____
Deputy Clerk

6/15/05    2:40pm

05 CR 10151 WGY

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: Allston    Category No. II    Investigating Agency ICE

City  Allston    Related Case Information:

County  Suffolk
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant  x     New Defendant _____
Magistrate Judge Case Number   MJ:05-839-MBB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Jessi Claudio De Andrade     Juvenile  [ ] Yes  [x] No

Alias Name  Wilmer Candido De Andrade, Edson Claudio Costa, Wilmer De Andrade, Edson Morais Da Silva

Address  Leicester Street, Brighton, MA

Birth date (Year only): 1972  SSN (last 4 #): ____  Sex M  Race: ____  Nationality: Brazilian

Defense Counsel if known:  Paul J. Garrity, Esq.    Address: 14 Londonderry Road
                                Londonderry, NH 03053
Bar Number: _____

**U.S. Attorney Information:**

AUSA  Sandra S. Bower     Bar Number if applicable  0787700

Interpreter:  [x] Yes  [ ] No     List language and/or dialect:  Portuguese

Matter to be SEALED:  [ ] Yes  [X] No

[ ] Warrant Requested     [ ] Regular Process     [X] In Custody

**Location Status:**

Arrest Date: _____

[x] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

Charging Document:  [ ] Complaint   [ ] Information   [x] Indictment

Total # of Counts:  [ ] Petty ___   [ ] Misdemeanor ___   [ ] Felony  8

Continue on Page 2 for Entry of U.S.C. Citations

[x]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  June 15, 2005     Signature of AUSA:  Sandra S. Bower

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): 05CR10151WGY

Name of Defendant   Jessi Claudio De Andrade

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1028(a)(2) | transfer of false identification docs | 1-8 |
| Set 2 | 18 USC 1028(b)(5)/982 | criminal forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**