UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

      V.                                  **CRIMINAL NO. 05-10151 -WGY**

**JESSI CLAUDI0 DeANDRADE**

### INITIAL SCHEDULING ORDER

YOUNG, C.J.

The above named defendant(s) having been arraigned on 6/23/05 before BOWLER, USM, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by 7/21/05  See L.R116.1(C).

B. The defendant shall provide automatic discovery by 7/21/05. See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by 8/4/05. See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by 8/14/05. See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on 9/8/05 at 2:00 p.m. in Courtroom No. 18 on the 5 floor.

By the Court,

7/20/05                                                            /s/ Elizabeth Smith
**Date**                                                              **Deputy Clerk**

(Crinsch1.wp - 11/24/98)