```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Criminal No.
 3                                            05-10151-WGY

 4
      * * * * * * * * * * * * * * * *
 5                                   *
      UNITED STATES OF AMERICA       *
 6                                   *
      v.                             *   CHANGE OF PLEA
 7                                   *
      JESSI CLAUDIO DeANDRADE        *
 8    also known as                  *
      EDSON CLAUDIO COSTA            *
 9    * * * * * * * * * * * * * * * *

10

11

12
              BEFORE:  The Honorable William G. Young,
13                     District Judge

14

15

16    APPEARANCES:

17          SANDRA S. BOWER, Assistant United States
      Attorney, 1 Courthouse Way, Suite 9200, Boston,
18    Massachusetts 02210, on behalf of the Government

19
            PAUL J. GARRITY, ESQ., 14 Londonderry Road,
20    Londonderry, New Hampshire 03053, on behalf of the
      Defendant
21

22          CLAUDIA AZOFF, Court Interpreter

23
                                    1 Courthouse Way
24                                  Boston, Massachusetts

25                                  November 30, 2005
```