UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA        )
                                )
            V.                  )
                                )   No.  05-10151-WGY
                                )
JESSI CLAUDIO DEANDRADE,        )
            Defendant           )
```

## MOTION FOR WITHDRAWAL

The undersigned Assistant United States Attorney respectfully moves to withdraw from this case, and terminate the previously filed appearance in this matter.  As grounds therefor, the undersigned notes that Assistant United States Attorney Nadine Pellegrini has filed a notice of appearance (Docket 14) and will be representing the government in this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Sandra S. Bower
SANDRA S. BOWER
Assistant U.S. Attorney